UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LONNIE CHARLES CHALMERS, )<br>)<br>Plaintiff, )<br>) | <br><br>CIVIL ACTION NO. |
| VS. )<br>) | 3:22-CV-0585-G-BK |
| CITY OF DALLAS, ET AL., )<br>)<br>Defendants. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. To the extent that the plaintiff's "Motion for Leave to File Amended Complaint with Request for Extention [sic]" (docket entry 26) constitutes an objection to the magistrate judge's recommendation, the District Court has conducted a *de novo* review of the proposed findings and recommendation. The objections are overruled, and the court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The defendants' motions to dismiss are thus **GRANTED**, and the plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. To the extent that the plaintiff requests an extension of

time to file an amended complaint, the motion is **GRANTED**. The plaintiff's amended complaint is due by **January 17, 2023**.

    **SO ORDERED**.

November 17, 2022.

                                          */s/ A. Joe Fish*
                                          **A. JOE FISH**
                                          **Senior United States District Judge**